# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARTINEZ | NO. 2:19-cv-08224-JAK-AS |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THE HARTFORD., a corporation; THE CITRIX SYSTEMS, INCORPORATED LONG TERM DISABILITY POLICY, an ERISA plan; DOES 1 through 10, inclusive; | **JS-6** |
| Defendants. | |

Pursuant to the Decision Following Hearing on Administrative Record (Dkt. 38), it is **ORDERED** that:

The Defendant, The Hartford Life And Accident Insurance Company, shall pay to the Plaintiff all accrued unpaid benefits due to her under its long term disability (LTD) insurance policy covering Citrix System employees up until the date of judgment, and until such time as she is no longer entitled to benefits under

1

the Plan. The defendant is ordered to pay timely to the Plaintiff all future benefits due her for so long as she is eligible for such benefits under the terms of the LTD Plan.

Based on her reinstatement to active payment status in the Plan, Plaintiff shall be eligible for other Plan benefits for which other disabled Plan participants are eligible, if any, subject to the terms and conditions of the Plan and any other benefit plans referenced therein.

Plaintiff may bring a motion for an award of fees and costs pursuant to 29 U.S.C. § 1132 and L.R. 54, and may apply for an award of interest.

**IT IS SO ORDERED.**

Dated: April 15, 2021

John A. Kronstadt
United States District Judge